**Opinion issued September 26, 2017**



In The

# Court of Appeals

For The

## First District of Texas

———————————

## NO. 01-17-00619-CV

———————————

## JESUS GARCIA, Appellant

## V.

## PERFECT PLASTIC RECYCLING, INC., MTZ TRUCKING, INC., AND VIRAL THAKKAR, Appellees

---

### On Appeal from the 113th District Court
### Harris County, Texas
### Trial Court Case No. 2015-55326

---

### MEMORANDUM OPINION

Appellant, Jesus Garcia, has filed an unopposed motion to voluntarily dismiss the appeal without prejudice. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal without prejudice. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.